# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **LUCAS MCLAUGHLIN** | **CIVIL ACTION NO. 18-0704** |
| **VERSUS** | **SECTION P** |
| | **JUDGE TERRY A. DOUGHTY** |
| **CHAD LEE, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Lucas McLaughlin's claims are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief can be granted.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Preliminary Injunction and Motion for Appointed Counsel [Doc. No. 1] are **DENIED AS MOOT**.

MONROE, LOUISIANA, this 9th day of October, 2018.

_____
Terry A. Doughty
United States District Judge